IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

GRADY F. TURNER                                                                    PLAINTIFF

vs.                                    Civil No. 2:16-cv-02106-BAB

NANCY A. BERRYHILL                                                          DEFENDANT
Acting Commissioner, Social Security Administration


## JUDGMENT


Comes now the Court on this the 16th day of May 2017, in accordance with the
Memorandum Opinion entered in the above-styled case on today's date, and hereby considers,
orders, and adjudicates that the decision of the Commissioner of the Social Security Administration
is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

   **IT IS SO ORDERED.**

                                                        /s/  Barry A. Bryant
                                                        HON. BARRY A. BRYANT
                                                        U. S. MAGISTRATE JUDGE